VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Edgardo Carillo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO CARILLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>SWEETBARN, INC.; SHERRIE KAMPHUS; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:25-cv-00847-AB-KS<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1  Plaintiff EDGARDO CARILLO hereby notifies the court that a global
2  settlement has been reached in the above-captioned case and the parties would like
3  to avoid any additional expense and further the interests of judicial economy.
4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8  Respectfully submitted,

10  DATED:  April 7, 2025                                 VALENTI LAW APC

12                                                By:  */s/ Matt Valenti*
13                                                      Matt Valenti, Esq.
                                                        Attorney for Plaintiff
14                                                      Edgardo Carillo

NOTICE OF SETTLEMENT - 2